UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04 12498 JLT

| | |
|---|---|
| WAY SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| FRACTAL COMMERCE, INC., | ) |
| Defendant. | ) |

**PLAINTIFF WAY SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), plaintiff Way Systems, Inc. makes the following corporate disclosure statement:

Way Systems, Inc. has no parent corporation. TNS, Inc. is a publicly held company that owns 10% or more of Way System, Inc.'s stock.

WAY SYSTEMS, INC
By its attorneys

Joseph S. Ayoub, Jr., Esq. (BBO #024900)
Thomas W. Aylesworth, Esq. (BBO #630994)
Tracy R. Schubert (BBO # 647454)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated: November 29, 2004

1382249.1