UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAY SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRACTAL COMMERCE, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.: 04-12498-JLT |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO MAKE DEPOSITS IN COURT AND REQUEST FOR HEARING

Plaintiff WAY Systems, Inc. ("WAY") hereby submits its Notice of Withdrawal of Plaintiff's Emergency Motion for Leave to Make Deposits in Court And Request for Hearing ("Plaintiff's Emergency Motion"). The parties have agreed to negotiate the issues presented in Plaintiff's Emergency Motion, and therefore the motion is withdrawn, and a hearing is unnecessary.

WAY SYSTEMS, INC.
By its attorneys

/s/ Joseph S. Ayoub, Jr.
Joseph S. Ayoub, Jr., Esq. (BBO #024900)
Thomas W. Aylesworth, Esq. (BBO#630994)
Alexa H. O'Keefe (BBO #657551)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Date: December 23, 2004

## CERTIFICATE OF SERVICE

    I, Joseph S. Ayoub, Jr., hereby certify that on December 23, 2004, I caused a copy of the foregoing document to be delivered by first class mail to defendant Fractal Commerce, Inc. [counsel for defendant has not yet appeared in this action].

                                              /s/ Joseph S. Ayoub, Jr.
                                              Joseph S. Ayoub, Jr.

1390163.1