UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAY SYSTEMS, INC.,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No.: 04-12498-JLT |
| ) | |
| FRACTAL COMMERCE, INC.,  ) | |
| ) | |
| Defendant.  ) | |

### PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO MAKE DEPOSITS IN COURT AND REQUEST FOR ORAL ARGUMENT

Pursuant to Fed. R. Civ. P. 67 and Local Rules 7.1 and 40.4, plaintiff WAY Systems, Inc. ("WAY") moves for leave to make payments into court and that the payments be deposited into an *interest bearing account*. Further, WAY requests oral argument on an emergency basis. In support of its motion, WAY states as follows:

1.  WAY commenced this declaratory judgment action seeking the Court's determination that, among other claims: (a) WAY, not defendant Fractal Commerce, Inc. ("Fractal"), is the true and rightful owner of technologies identified in seven United States patent applications filed by WAY; and (b) WAY has not materially breached the terms of a License Agreement with Fractal.

2.  Pursuant to the License Agreement, WAY is entitled to make Royalty Payments in exchange for the exclusive and continued use of certain technology owned by Fractal.

3. Fractal has alleged that WAY breached the License Agreement and that the License Agreement is terminated. WAY strongly denies Fractal's allegations and states that it is ready, willing, and able to make Royalty Payments under the License Agreement.

4. A Royalty Payment to Fractal in the amount of $160,000 is due by year's end— in less than two weeks. Additional Royalty payments - and other payments due pursuant to the License Agreement - will become due during the course of this litigation.

5. WAY is faced with the dilemma of either making these substantial payments to Fractal, which asserts that the License Agreement is terminated and by inference cannot acknowledge WAY's right to make the payments under the License Agreement, or not making these payments and risk losing its rights under the License Agreement.

6. Rule 67 is intended to resolve precisely the type of "catch-22" now facing WAY by allowing payments to be made into Court until the Court determines the rights of the parties and the proper disposition of the funds.

7. WAY moves on an emergency basis for leave to pay into court for deposit in an interest bearing account the imminently due Royalty Payment of $160,000, as well as future Royalty Payments and other payments due pursuant to the License Agreement, while this action is pending.

8. Fractal's position that WAY has materially breached the License Agreement and that the License Agreement is terminated will not be prejudiced in any way by the granting of this motion.

9. In further support of this motion, plaintiff refers to its supporting Memorandum, filed herewith.

WHEREFORE, WAY respectfully requests that the Court grant WAY's emergency motion and grant other such relief as the Court deems just and proper.

### Request for Oral Argument

WAY plaintiff respectfully requests that a hearing be scheduled for this motion on an emergency basis on or before December 31, 2004.

WAY SYSTEMS, INC.
By its attorneys

Joseph S. Ayoub, Jr., Esq. (BBO #024900)
Thomas W. Aylesworth, Esq. (BBO#630994)
Alexa H. O'Keefe (BBO #657551)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Date: December 17, 2004

### LOCAL RULE 7.1 CERTIFICATE

I, Joseph S. Ayoub, Jr., counsel for WAY Systems, Inc., certify that I communicated by e-mail with Gregory Haight, counsel for Fractal Commerce, Inc., in a good-faith effort to resolve or narrow the issues in dispute. It is my understanding that Mr. Haight is not in the office this week, but is available by e-mail. As of the time of filing this Motion, I have not heard back from Mr. Haight. I will supplement this Certificate as to communications that take place with Mr. Haight.

Joseph S. Ayoub, Jr.

- 4 -

## CERTIFICATE OF SERVICE

I, Joseph S. Ayoub, Jr., hereby certify that on December 17, 2004, I caused a copy of the foregoing document to be delivered by overnight mail to defendant Fractal Commerce, Inc. [counsel for defendant has not yet appeared in this action].

Joseph S. Ayoub, Jr.

1388352.1