# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 17  A 10: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| WAY SYSTEMS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| FRACTAL COMMERCE, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

Civil Action No.: 04-12498-JLT

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff WAY Systems, Inc. hereby voluntarily dismisses this action, without

prejudice, pursuant to Mass. R. Civ. P. 41(a)(1)(i).

WAY SYSTEMS, INC.
By its attorneys

Joseph S. Ayoub, Jr., Esq. (BBO #024900)
Thomas W. Aylesworth, Esq. (BBO #630994)
Alexa H. O'Keefe, Esq. (BBO #657551)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  March 17, 2005

1413123.1